**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01899-CMA-KMT

AMY CARNRICK,

     Plaintiff,

v.

RIEKES CONTAINER CORPORATION,
ROBERT RICHEY, both as Vice President of Sales of Riekes Container Corporation and in his individual capacity,
BRETT ATLAS, both as Executive Vice President of Riekes Container Corporation and in his individual capacity, and
CARL RIEKES, both as President of Riekes Container Corporation and in his individual capacity,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Motions of Judge Christine M. Arguello entered on February 24, 2015 it is

ORDERED that Defendant Robert Richey's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 18) is GRANTED; it is

FURTHER ORDERED that Defendants Carl Riekes and Brett Atlas's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. No. 20) is GRANTED; it is

FURTHER ORDERED that Defendants Richey, Riekes, and Atlas shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of February, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/  A. Thomas

Deputy Clerk